IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ERLER, | |
|     Plaintiff, | 1: 09 CV 0794 YNP SMS (PC) |
| vs. | ORDER TO SHOW CAUSE |
| JOHN CIACCIO, et al., | |
|     Defendants. | |

    Plaintiff, formerly an inmate in the Fresno County Jail, is proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983 against jail officials. Plaintiff has consented to proceed before a U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(c).

    On June 11, 2009, Plaintiff filed a document titled as a request to withdraw his petition. Plaintiff is advised that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), he may dismiss this action, without prejudice, on his own motion, so long as the opposing party has not served an answer or motion for summary judgment. No defendant has been served in this action, and no defendant has entered an appearance. Should Plaintiff desire to proceed in this action, he should inform the court. If Plaintiff does not file a response to this order, this action will be dismissed on Plaintiff's motion.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause, within thirty days, why this action should not be dismissed without prejudice on Plaintiff's motion.

IT IS SO ORDERED.

**Dated:   June 16, 2009**                   /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE