IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ERLER,

      Plaintiff,             1: 09 CV 00794 YNP SMS (PC)

  vs.                          ORDER DISMISSING ACTION

JOHN CIACCIO, et al.,

      Defendants.

     Plaintiff, formerly an inmate in the Fresno County Jail, is proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983 against jail officials. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

     On June 11, 2009, Plaintiff filed a document titled as a request to withdraw the complaint. On June 16, 2009, an order to show cause was entered, advising Plaintiff that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), he may dismiss this action on his own motion, so long as a responsive pleading has not been filed. No defendant has been served in this action, and no defendant has entered an appearance. The order to show cause directed Plaintiff to inform the court whether he intends to proceed with this action. Plaintiff was specifically advised that if he did not file a response, this action would be dismissed on Plaintiff's motion. Plaintiff has not filed a response to the order to show cause.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**  **October 8, 2009**                    /s/ Sandra M. Snyder
                                                                 UNITED STATES MAGISTRATE JUDGE